**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:    Christopher Hedlund v. The State of Texas

Appellate case number:    01-12-00378-CR

Trial court case number:    1749885

Trial court:    County Criminal Court at Law No. 8 of Harris County

Appellant, Christopher Hedlund, has filed a motion to abate the appeal and to remand the case to the trial court for an out-of-time motion for new trial. The motion is **denied**.

Moreover, the Court of Criminal Appeals has indicated that when the record on direct appeal concerning the representation is undeveloped and does not reflect counsel's motives, "an application for a writ of habeas corpus is [a] more appropriate vehicle [than by direct appeal] to raise ineffective assistance of counsel claims." *Rylander v. State*, 101 S.W.3d 107, 110 (Tex. Crim. App. 2003); *see Oldham v. State*, 977 S.W.2d 354, 363 (Tex. Crim. App. 1998) (stating that such claims may be raised on habeas corpus even after rejection on appeal).

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                    ☑ Acting individually    ☐ Acting for the Court


Date: June 7, 2013